Interim Decisions #1634

MATTER OF VOS

In Visa Petition Proceedings

A-17299947

*Decided by District Director April 28, 1966*

Since beneficiary, a qualified law librarian, is a member of the professions within the meaning of section 101(a)(32) of the Immigration and Nationality Act, as amended by P.L. 89-236, a visa petition is approved to accord his preference classification under section 203(a)(3) of the Act as a law librarian.

**Discussion:** The petitioner seeks third preference quota status under section 203 (a)(3) of the Immigration and Nationality Act for the beneficiary, claiming that he qualifies as a member of the professions. The petitioner, The University of Texas, is an institution of higher learning, offering degrees in most of the recognized arts and sciences.

The petitioner desires to employ the beneficiary as a law librarian to catalogue and systematize books and articles on law, assist students of law and supervise the law library. The petitioner states that qualified law librarians are not available and that competent librarians in this field cannot be obtained through normal employment sources. A certification pursuant to section 212(a)(14) of the Act, as amended, has been issued by the Department of Labor.

The beneficiary is a 36-year-old single male, a native and citizen of the Netherlands. Documentary evidence has been presented that the beneficiary received his Master of Law degree from Nijmegen University in Nijmegen, Netherlands, on June 26, 1961. He was employed as a law librarian at the Library of the Palace of Peace, Carnegie Foundation, The Hague, Netherlands, from February 12, 1962, to April 1, 1966. While there, he was engaged in research for students of law who patronized the library and in assisting the reading room public. He also catalogued and systematized books and articles on law. He speaks, reads and writes several languages in-

cluding English. The Bureau of International Education has certified that the beneficiary's Master of Law degree is equivalent to the same post-graduate level accomplished in this country. The beneficiary's education in law and practical experience as a law librarian qualifies him under section 101(a)(32) of the Immigration and Nationality Act as a member of the professions.

**ORDER:** It is ordered that the third preference visa petition in behalf of the beneficiary be approved in that, as a law librarian, he qualifies as a member of the professions.